No. 74–90.  KELLER, SECRETARY, DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES OF FLORIDA, ET AL. v. MIXON, A MINOR, BY CARTER, ET AL.  Certiorari before

judgment to C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.